

eeplaw.com
80 Pine Street, 38th Floor
New York, New York 10005
T. 212.532.1116  F. 212.532.1176

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

JOHN ELEFTERAKIS*
NICHOLAS ELEFTERAKIS
RAYMOND PANEK

OLIVER R. TOBIAS
JEFFREY B. BROMFELD
FAIZAN GHAZNAVI
GABRIEL P. HARVIS
BAREE N. FETT
STEPHEN KAHN
EVAN M. LA PENNA

KRISTEN PERRY – CONIGLIARO
AIKA DANAYEVA
ARIANA ELEFTERAKIS
MICHAEL INDELICATO
MICHAEL MARRON
DOMINICK MINGIONE
MARK NEWMAN
AGGELIKI E. NIKOLAIDIS
JOSEPH PERRY
MARIE LOUISE PRIOLO *
KEYONTE SUTHERLAND
WAYNE WATTLEY

*Also Admitted In New Jersey

March 20, 2020

**BY ECF**

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Jacobs, et al. v. City of New York, et al.*, 18 CV 3275 (VSB)

Your Honor:

I represent plaintiffs in the above-referenced action. I write jointly with defendants to respectfully request a 90-day stay of discovery and associated relief.

If it should please the Court, the parties have worked to complete the exchange of paper discovery, and plaintiffs have forwarded records to a ballistics expert for evaluation. While the parties have worked to minimize disruptions, both the review by plaintiffs' expert and the conduct of depositions have been complicated by the developing COVID-19 pandemic.

The parties have conferred and believe a 90-day stay of discovery is prudent at this time. Accordingly, the parties respectfully request that: 1) the Court enter a discovery stay for 90 days; 2) permit the parties to submit a status letter at the conclusion of that period as to whether a further stay is warranted; and 3) at the conclusion of the stay, permit the parties to submit a jointly proposed discovery plan to govern the remainder of these proceedings.

Thank you for your consideration of this request.

Respectfully submitted,

Gabriel P. Harvis

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  3/24/2020

The parties shall file a status update by June 30, 2020. The post-discovery conference scheduled for April 3, 2020 is adjourned sine die.