**ELEFTERAKIS ELEFTERAKIS & PANEK**

eep@law.com
80 Pine Street, 38th Floor
New York, New York 10005
T. 212.532.1116  F. 212.532.1176

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

JOHN ELEFTERAKIS*
NICHOLAS ELEFTERAKIS
RAYMOND PANEK

OLIVER R. TOBIAS
JEFFREY B. BROMFELD
FAIZAN GHAZNAVI
GABRIEL P. HARVIS
BAREE N. FETT
STEPHEN KAHN
EVAN M. LA PENNA

KRISTEN PERRY – CONIGLIARO
AIKA DANAYEVA
ARIANA ELEFTERAKIS
MICHAEL INDELICATO
MICHAEL MARRON
DOMINICK MINGIONE
MARK NEWMAN
AGGELIKI E. NIKOLAIDIS
JOSEPH PERRY
MARIE LOUISE PRIOLO *
KEYONTE SUTHERLAND
WAYNE WATTLEY

*Also Admitted In New Jersey

September 30, 2021

**BY ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  10/1/2021

Re:   *Jacobs, et al. v. City of New York, et al.*, 18 CV 3275 (VSB)

Your Honor:

I, along with Gabriel Harvis and Jeffrey Rothman, represent plaintiffs in the above-referenced action. Pursuant to the Court's order dated July 19, 2021, I write on behalf of the parties to provide a status report and to respectfully request that the stay be extended until November 30, 2021.

The parties have continued to work cooperatively to move this matter forward. On August 11, 2021, plaintiffs' out-of-state ballistics expert conducted his forensic evaluation, and anticipates having his report finalized by mid-November. The parties are hopeful that with the benefit of the report, we can then engage in meaningful settlement discussions that may obviate the need for deposition practice.

Accordingly, the parties respectfully request that the stay be extended until November 30, 2021, at which time the parties further request that they be permitted to submit a joint status letter advising of our progress.

Respectfully submitted,

Baree N. Fett

cc:   All Counsel