

**APPLICATION GRANTED
SO ORDERED**
VERNON S. BRODERICK
U.S.D.J. 12/1/2021

The stay is extended until January 11, 2022, but the parties are informed that no further extensions of the stay will be granted.

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

GEORGIA M. PESTANA
*Corporation Counsel*

BRIAN FRANCOLLA
*Senior Counsel*
Phone: (212) 356-3527
bfrancol@law.nyc.gov

November 30, 2021

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: Jarzette Jacobs Administrator of Estate of Jah'Lire Nicholson et al. v. City, et al.,
      18-CV-3275 (VSB)

Your Honor:

  I am a Senior Counsel in the Office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, representing defendants City of New York, Police Officer Daniel Decario, and Police Officer Djafar Tsaabbast in the above-referenced matter. Defendants write respectfully on behalf of the parties to advise the Court of the status of this action and request that the stay be extended until January 11, 2022.

  The parties have made progress since their last status report on September 30, 2021. In that regard, plaintiffs' counsel has advised me that they expect to be in a position to furnish their expert report within two weeks. Upon receipt, I will review it for purposes of determining whether defendants are interested in pursuing settlement. Due to the complexity of this matter, the size of the evidentiary record and the holiday season, my expectation is that I will be able to complete that process on or before January 11, 2022. The parties therefore request permission to provide a status report on that date. We expect that by that date we will be in a position to either explore meaningful settlement discussions or have the stay removed and proceed with the remainder of discovery.

- 2 -

Thank you for your consideration herein.

          Respectfully submitted on behalf of the parties,

GEORGIA M. PESTANA
Corporation Counsel of the City of New York
*Attorney for Defendants City, Decario, and Tsaabbast*
100 Church Street, 3rd Floor
New York, New York 10007
(212) 356-3527


By:  /s/ *Brian Francolla*
Brian Francolla
*Senior Counsel*

CC:    <u>VIA ECF</u>
       Gabriel Paul Harvis
       Baree Nichole Fett
       Elefterakis, Elefterakis & Panek
       *Plaintiffs' Counsel*
       80 Pine Street, 38th Floor
       New York, New York 10005
       (212) 532-1116

CC:    <u>VIA ECF</u>
       Jeffrey Adam Rothman
       *Plaintiffs' Counsel*
       305 Broadway, Suite 100
       New York, New York 10007
       (212) 227-2980