UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
JARZETTE JACOBS, et al., :
:
                 Plaintiffs, :
: 18-cv-3275 (VSB)
     -against- :
: **ORDER**
CITY OF NEW YORK., et al., :
:
                 Defendants. :
:
---------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Per my instructions at the January 14, 2022 status conference, it is hereby:

      ORDERED that the parties submit a joint status update on or before March 24, 2022. The joint submission should provide updates regarding (1) the status of Defendants' retention of an expert and the expert's analysis; (2) where the parties stand regarding settlement; and (3) the status of non-expert paper discovery.

SO ORDERED.

Dated:  January 14, 2022
         New York, New York

                                                        _____
                                                        Vernon S. Broderick
                                                       United States District Judge